```
              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       PINE BLUFF DIVISION
```

RODNEY HOLLY                                              PETITIONER

vs.            Civil Case No. 5:08CV00327 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                         RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's argument in his Response that the petition should be dismissed because it is untimely. Petitioner may reply to any other argument raised in the Response.

SO ORDERED this 26th day of January, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge